UNITED STATES COURT OF APPEALS
FOR THE 9TH CIRCUIT

| | |
|---|---|
| SIREN RETAIL CORPORATION d/b/a STARBUCKS, <br><br> Petitioner, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, <br><br> Respondent. | No. 24-6926 |

## WORKERS UNITED'S MOTION FOR LEAVE TO INTERVENE IN OPPOSITION TO PETITIONER'S PETITION FOR REVIEW

Pursuant to Federal Rule of Appellate Procedure 15(d), Workers United moves for leave to intervene in opposition to Petitioner Siren Retail Corporation d/b/a Starbucks' Petition for Review of Respondent National Labor Relations Board (NLRB)'s decision below. Counsel for Workers United has contacted counsel for Petitioner and the NLRB to solicit the parties' position on Workers United's motion. Counsel for both parties have stated that their clients do not oppose this motion.

Workers United's interest in this case is that it is the certified bargaining representative of a unit of employees employed by Petitioner and was the

successful charging party in the NLRB proceedings under review. Workers United's grounds for intervention are that, as a successful charging party before the NLRB, it is entitled under *International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO v. Scofield*, 382 U.S. 205, 86 S.Ct. 373 (1965), to intervene in this proceeding for enforcement of the NRLB's decision. *See also, Air Line Pilots Ass'n v. NLRB*, 525 F.3d 862, 863 (9th Cir. 2008). Workers United therefore requests that this Court grant its motion for leave to intervene in opposition to Petitioner's Petition for Review.

        Respectfully submitted this 21st day of November, 2024.

        s/Ben Berger
        Ben Berger, WSBA No. 52909
        s/Dmitri Iglitzin
        Dmitri Iglitzin, WSBA No. 17673
        Barnard Iglitzin & Lavitt, LLP
        18 W Mercer St, Suite 400
        Seattle, WA 98119
        Ph. (206) 257-6003
        *Berger@workerlaw.com*
        *Iglitzin@workerlaw.com*

        *Attorneys for Workers United*